Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Kathy Knoch

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| KATHY KNOCH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EQUIFAX, INC.; et. al.,<br><br>　　　　Defendants. | Case No.: 2:17-cv-02534-MCE-EFB<br><br>**ORDER** |

**ORDER**

Pursuant to Fed. Rule Civ. P. 41(a)(2) and the stipulation of the Parties, Defendant Equifax, Inc. is DISMISSED with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: June 7, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE