Elliot Gale (State Bar No. 263326)
egale@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Kathy Knoch

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| KATY KNOCH, <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN ENTERPRISES, INC., ET. AL. <br> Defendant. | Case No.: 2:17-cv-02534-MCE-EFB <br><br> **ORDER** |

**ORDER**

Pursuant to the stipulation of the Parties, American Enterprises, Inc. is DISMISSED with prejudice and each party shall bear its own attorneys' fees and costs. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: October 8, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE